■ The People of the State of New York, Respondent, v Ernest L. Henry, Appellant. [614 NYS2d 961] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him of rape in the first degree and sexual abuse in the first degree, defendant contends that he was denied effective assistance of counsel. We disagree *(see, People v Rivera,* 71

NY2d 705, 708-709; *People v Jackson,* 70 NY2d 768, 769). Defendant's contention concerning prosecutorial misconduct is unpreserved *(see,* CPL 470.05 [2]), and we decline to reach it as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Onondaga County Court, Burke, J.—Rape, 1st Degree.) Present—Green, J. P., Pine, Balio, Fallon and Doerr, JJ.